IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES J. PICKENS, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 15-1489 |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 29th day of August, 2017, it is **ORDERED** that:

- Plaintiff's Motion for Damages is DENIED.

- Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 65) is GRANTED in part and DENIED in part. Plaintiff is awarded attorney's fees in the amount of $15,000. Plaintiff's Motion for Costs is denied without prejudice, to be refiled after taxation by the Clerk of Court.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to:

1